# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIFE S. JARILLO,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　　　　　　　Defendant. | Case No.: 15cv2677-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL**<br><br>[Doc. No. 18] |

　　　This action generally arises under the Employee Retirement Income Security Act of 1974 ("ERISA"). 29 U.S.C. §§ 1001 et seq. Pursuant to ERISA section 502, a beneficiary or plan participant may sue in federal court "to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan." 29 U.S.C. § 1132(a)(1)(B). On December 5, 2016, the parties filed a joint motion to file the administrative record in this action under seal. *See* Doc. No. 18.

　　　A court may seal dispositive documents upon a showing of "compelling reasons" to seal. *Kamakana v. City and Cnty. Of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). The compelling reasons must be "supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Id*. (internal citations and quotations omitted).

Here, the administrative record involves Plaintiff Marife Jarillo's ("Plaintiff") medical conditions and the propriety of Defendant Reliance Standard Life Insurance Company's ("Defendant") decisions concerning Plaintiff's claim for further disability benefits. The record includes repeated references to Plaintiff's name and other identifiers, as well as sensitive information of a personal nature that deserves confidentiality. The record contains this information listed throughout, making redaction impractical. Moreover, the parties jointly request the administrative record be filed under seal. Thus, the Court finds compelling reasons exist for the information contained in the record to remain private.

Accordingly, the Court **GRANTS** the joint motion and **ORDERS** that the administrative record is hereby filed **under seal**. The Clerk of Court is instructed to file the administrative record, bates stamped RS000001 through RS004604 (Doc. No. 19), and the DVD video footage included as part of the administrative record, as a sealed document on the case docket. With regards to the DVD, the parties must file a Notice of Lodgment in person at the Clerk's Office and produce the DVD to ensure it becomes part of the Court's record.

The administrative record and DVD will remain under seal unless and until this Court orders otherwise. To the extent that either party's trial briefs rely on documents in the administrative record that do not disclose Plaintiff's personal identifying information, those documents shall be filed in the public record as separate exhibits, in addition to being lodged with the Court.

**IT IS SO ORDERED.**

Dated: December 7, 2016

HON. MICHAEL M. ANELLO
United States District Judge